

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00097-CV

**THE ESTATE OF WILLIAM BENFORD,**

                                            **Appellant**

 **v.**

**CITY OF BRYAN,**

                                            **Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 18-002982-CV-272

## MEMORANDUM OPINION

Appellant, the Estate of William Benford, has filed an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed June 12, 2019
[CV06]

